*May Term, 1861.*

*HILLIARD v. CRAIG.*

---

## HILLIARD and Another *v.* CRAIG.

*Saturday, June 8.*

APPEAL from the *Montgomery* Common Pleas.

*Per Curiam.*—This was an action by the appellants against the appellee, to procure satisfaction to be entered upon a judgment previously recovered by *Craig* against the plaintiffs, in the same Court; and to restrain the levying of an execution issued upon the same judgment, alleging the payment thereof in full. Issue; trial by the Court; finding and judgment for the defendant.

The case is brought before us on the evidence. If a certain payment of $100 is embraced in a receipt given by *Craig* to the plaintiffs for $162\frac{10}{100}$, the judgment is not fully paid; but if, on the contrary, the $100 proven to have been paid was not included in said receipt, but paid in addition to the amount specified therein, then the judgment is fully paid and satisfied.

We have looked carefully into the evidence, and are of opinion that it does not sustain the finding; hence, the judgment must be reversed.

The judgment is reversed, with costs. Cause remanded, &c.

*I. Naylor*, for the appellants.

*S. C. Wilson* and *Lew. Wallace*, for the appellee.